IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

86.7178

_____

**JOY BRENT,**

    **PLAINTIFF**

vs.                                                          No. 2:21-cv-02755-TMP

**VARIETY WHOLESALERS, INC.,**
d/b/a **ROSES STORE,**

    **DEFENDANT**
_____

### NOTICE OF FINAL SETTLEMENT
_____

      In compliance with L.R. 83.13, counsel for both parties jointly notify the Court that the captioned case is settled including the execution of Plaintiff's full release and full payment of the settlement.

                                    Respectfully submitted,

                                    **McNABB, BRAGORGOS,**
                                    **BURGESS & SORIN, PLLC**

                                    By: s/*Pamela Warnock Blair*
                                        Pamela Warnock Blair, #10407
                                        Attorney for Defendant
                                        81 Monroe Avenue, Sixth Floor
                                        Memphis, Tennessee 38103
                                        (901) 624-0640
                                        pblair@mbbslaw.com

**THE GOLD LAW FIRM**

By:s/David A. Gold
  David A. Gold, #19088
  Attorney for Plaintiff
  25 Dr. Martin Luther King, Jr. Avenue
  Memphis, Tennessee 38103
  (901) 244-5003
  dgold@dgoldlaw.com