*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

---

| | |
|---|---|
| **JOY BRENT,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **VARIETY WHOLESALERS, INC.,** d/b/a **ROSES STORE,** | **CASE NO: 2:21-cv-2755-tmp** |
| Defendants. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered

    IT IS SO ORDERED AND ADJUDGED that pursuant to the Notice Of Final Settlement entered on June 7, 2022 this case is hereby DISMISSED.

**APPROVED:**

s/ Tu M. Pham
**TU M. PHAM**
**UNITED STATES MAGISTRATE JUDGE**

| | |
|---|---|
| **June 7, 2022** | **THOMAS M. GOULD** |
| **DATE** | **Clerk of Court** |
| | |
| | s/Terry Haley |
| | **(By)  Deputy Clerk** |